IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | | |
|---|---|---|
| **DAYTON SUPERIOR CORP.** | : | Case No.  3:16-CV-00371 |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| | : | **ORDER GRANTING MOTION FOR** |
| **IMRAN KHAN** | : | **TEMPORARY** |
| | : | **RESTRAINING ORDER** |
| Defendant. | : | |
| | : | |

This matter is before the Court upon the Motion of Plaintiff Dayton Superior Corporation ("Dayton Superior") for Temporary Restraining Order against Defendant Imran Khan ("Khan"). The Parties have agreed to, and the Court, therefore grants, a Temporary Restraining Order as follows:

A. Enter a Temporary Restraining Order immediately enjoining and restraining Khan, and all persons acting in concert with him, from directly or indirectly using, disclosing copying or transmitting Dayton Superior's confidential or trade secret information for any purpose (including, without limitation, engaging in competition with Dayton Superior or soliciting Dayton Superior's customers, vendors, consultants, or employees);

B. Require Khan, and all persons acting in concert with him, to return to Dayton Superior within twenty-four (24) hours of the Court's Order all originals, copies, or other reproductions in any form whatsoever, of any record or document containing, in whole or in part, any confidential information belonging to Dayton Superior; and

2

      C.      Require that Khan preserve, not tamper with or modify in any way, the hard drive(s) of his personal computer(s) or any other computer(s) he has used in the last year, and produce the hard drive(s) of his personal computer(s) or any other computer(s) he has used in the last year, and produce all USB devices and thumb drives used since January 1, 2016, including but not limited to the following devices: USB Device 9D6E8819, USB Device 3BD50843, JetFlash Transcend 8GB USB Device 05YK8O23LYIRQ99H, and USB Device 4ABE1DA5 to Dayton Superior within twenty-four (24) hours of the Court's Order, to the extent that he has not already done so.

      IT IS SO ORDERED.

September 9, 2016                            THOMAS M. ROSE

                                                    _____
                                                    Judge Thomas M. Rose

1057548